UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JONATHAN PUCKETT, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:17-CV-1564-G (BF) |
| GEORGE ASHFORD, III, | ) ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 6, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**